**6**

Jaimoh SUTTON, Movant–Appellant,

v.

STATE of Missouri, Respondent.

No. 69650.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 1, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 18, 1996.

David C. Hemingway, Asst. Public Defend-
er, St. Louis, for Movant–Appellant.

Jeremiah W. (Jay) Nixon, Attorney Gener-
al, Fernando Bermudez, Assistant Attorney
General, Jefferson City, for Respondent.

Before DOWD, P.J., and REINHARD and
GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Movant Sutton appeals from the denial,
without an evidentiary hearing, of his Rule
24.035 motion for ineffective assistance of
counsel. Sutton alleges his attorney's failure
to investigate rendered his guilty plea invol-
untary. An extended opinion would have no
precedential value. The parties have been
furnished with a memorandum for their in-
formation only, setting forth the reasons for
this order affirming the judgment pursuant
to Rule 84.16(b).